# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERGEI KOVALEV** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 22-1217** |
| **v.** | : | |
| | : | |
| **WALMART INC, INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 11th day of October 2022, upon consideration of the *motion to dismiss* filed by Defendants Walmart Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores East, LP (collectively, "Walmart"), [ECF 11], Plaintiff's response in opposition, [ECF 25], Walmart's reply, [ECF 29], Plaintiff's sur-reply, [ECF 30], and the allegations in the complaint, [ECF 1-4], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

(1) the motion to dismiss is **DENIED** as to Count II (negligence); and

(2) the motion to dismiss is **GRANTED** at to all other claims and demands. Accordingly, Counts I, III, IV, V, VI, VII, and VIII, and Plaintiff's demands for punitive damages and injunctive relief are **DISMISSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*